☒ FILED   ☐ LODGED

**Feb 14 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# RETURN

Case No.: 23-07059MB(JR)

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-14-23 | 2-14-23 11:00 AM | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

W. Akins / D. Bullard

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

PACKAGING MATERIAL
$9,000 U.S. Currency

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 2-14-23

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title